IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GREG A. LONGWELL,

    Petitioner,

v.

ROB JEFFREYS, Warden,

    Respondent.

CASE NO. 2:05-cv-781
JUDGE SARGUS
MAGISTRATE JUDGE KEMP

## OPINION AND ORDER

On March 17, 2006, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is **DISMISSED** without prejudice for want of exhaustion.

**IT IS SO ORDERED.**

4-13-2006

EDMUND A. SARGUS, JR.
United States District Judge